B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois - Western Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Handsaker, Paul M** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Handsaker, Dianne S** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0685** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1161** |
| Street Address of Debtor (No. and Street, City, and State):<br>**8239 W Pearl City Rd**<br>**Pearl City, IL**<br>ZIP Code **61062** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**8239 W Pearl City Rd**<br>**Pearl City, IL**<br>ZIP Code **61062** |
| County of Residence or of the Principal Place of Business:<br>**Stephenson** | County of Residence or of the Principal Place of Business:<br>**Stephenson** |
| Mailing Address of Debtor (if different from street address):<br>**P O Box 574**<br>**Lena, IL**<br>ZIP Code **61048** | Mailing Address of Joint Debtor (if different from street address):<br>**P O Box 574**<br>**Lena, IL**<br>ZIP Code **61048** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)
Page 2

# Voluntary Petition

*(This page must be completed and filed in every case)*

| | Name of Debtor(s): |
|---|---|
| | **Handsaker, Paul M** |
| | **Handsaker, Dianne S** |

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X **/s/ MICHAEL C. DOWNEY**          **December 23, 2009**
Signature of Attorney for Debtor(s)          (Date)
**MICHAEL C. DOWNEY**

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

## Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

## Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Handsaker, Paul M**<br>**Handsaker, Dianne S** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Paul M Handsaker**
Signature of Debtor  **Paul M Handsaker**

X **/s/ Dianne S Handsaker**
Signature of Joint Debtor **Dianne S Handsaker**

Telephone Number (If not represented by attorney)

**December 23, 2009**
Date

**Signature of Attorney***

X **/s/ MICHAEL C. DOWNEY**
Signature of Attorney for Debtor(s)

**MICHAEL C. DOWNEY**
Printed Name of Attorney for Debtor(s)

**LAW OFFICE OF MICHAEL C. DOWNEY**
Firm Name
**420 WEST SECOND STREET**
**DIXON, IL 61021**

Address

**815.288.6688**
Telephone Number

**December 23, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois - Western Division

In re   **Paul M Handsaker**
       **Dianne S Handsaker**        Case No. _____

                    Debtor(s)     Chapter     **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Paul M Handsaker**

                                **Paul M Handsaker**

Date:    **December 23, 2009**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois - Western Division

In re  **Paul M Handsaker**
_____
**Dianne S Handsaker**
_____
                                    Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Dianne S Handsaker**

                       **Dianne S Handsaker**

Date:   **December 23, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois - Western Division

In re     **Paul M Handsaker,**
      **Dianne S Handsaker**                                                    Case No. _____

_____,

                   Debtors     Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 285,000.00 | | |
| B - Personal Property | Yes | 6 | 38,115.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 947,220.52 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 46,402.70 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 581,281.01 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 6,119.72 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,081.16 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 323,115.00 | | |
| Total Liabilities | | | | 1,574,904.23 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois - Western Division

In re    **Paul M Handsaker,**
         **Dianne S Handsaker**
                                                    Case No. _____
                                    ,
                          Debtors           Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 46,402.70 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 46,402.70 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,119.72 |
| Average Expenses (from Schedule J, Line 18) | 6,081.16 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,548.61 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 629,735.29 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 46,402.70 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 581,281.01 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,211,016.30 |

B6A (Official Form 6A) (12/07)

.

In re    **Paul M Handsaker,**                                                    Case No. _____
         **Dianne S Handsaker**

                                                    ,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **8239 W Pearl City Rd, Pearl City, IL  61062 - Contains approx. 15 acres.  Value based on appraisal done in 2004.** | **Fee simple** | **J** | **285,000.00** | **298,278.43** |

|  |  | Sub-Total > | **285,000.00** | (Total of this page) |
|  |  | Total > | **285,000.00** | |

___**0**___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re      **Paul M Handsaker,**
           **Dianne S Handsaker**                                                          Case No. _____

_____ ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct. - Community Bank, Lena, IL** | W | 500.00 |
| | | **Checking Acct. - Citizens State Bank** | W | 55.00 |
| | | **Savings Acct. - First State Bank of Pearl City** | W | 0.00 |
| | | **2 additional savings acct. at First State Bank of Pearl City in name of children. Funds belong to children. One contains $120 and the other contains $170. Wife's name is on account w/children.** | J | 0.00 |
| | | **VCSP/COLLEGE AMERICA Fund with Edward Jones. College Fund for child. Funds are unavailable to debtor unless child dies. Opened in 2006. Contains approx. $1121.15.00. SEE ATTACHED** | H | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Normal Complement of household goods** | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Family photos** | J | 50.00 |
| | | **Trophies** | J | 0.00 |
| 6. Wearing apparel. | | **Clothing** | J | 300.00 |
| 7. Furs and jewelry. | | **Misc. Jewelry** | J | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **2 Guns** | J | 50.00 |

Sub-Total >      **2,855.00**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Paul M Handsaker,**                                           Case No. _____
         **Dianne S Handsaker**
                                                    ,
                          Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Shares of stock in Blarney Stone Popcorn, Inc.: Note:  Equipment and store inventory total approx. $15,000.00 but lien on items equals approx. $35000.00.  Own 50% of shares.  250 Shares each. Balance of shares, 500, owned by other individuals.** | J | 0.00 |
| | | **1 Share in Vantage Enterprises, INC. - Company has gone bankrupt; involuntary dissolution 01/09/09. BANKRUPTCY FILING 07-73170.  FILED 12/31/2007** | J | 0.00 |
| | | **Stock in Beach's Supper Club, INC. - Corp. has involuntary dissolution 12/12/2008.  Debtors were sole share holders.** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >                   0.00
(Total of this page)

Sheet   __1__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Paul M Handsaker,**                     Case No. _____

        **Dianne S Handsaker**

_____,

                               Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2007, 2008, 2009 Tax Refund, if any | J | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Chevy Suburban | J | 11,000.00 |
| | | 2003 Chevy Silverado 2500 | J | 9,000.00 |
| | | See Below for trailers that are farm equipment | J | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

                                    Sub-Total >      **20,000.00**
                            (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Paul M Handsaker,**                                          Case No. _____
**Dianne S Handsaker**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **4 Cows and 3 Calves - Note: Cows are listed in name of children.  4 H animals** | J | 5,500.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | **Cattle handling Equipment $1000, Manure Spreader $600, Flat Bed Trailer $2000; Live Stock Trailer $6000** | J | 9,600.00 |
| 34. Farm supplies, chemicals, and feed. | | **Hay for cattle.** | J | 160.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 15,260.00 |
| Total > | 38,115.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

# American Funds®

PO Box 6273
Indianapolis IN 46206-6273

AV 01 091176 36512H306 A**50GT

VCSP/COLLEGEAMERICA
PAUL M HANDSAKER OWNER
FBO GARRETT D HANDSAKER
PO BOX 574
LENA IL 61048-0574

**Your financial adviser**

ERICKSON
(417) 777-5780

EDWARD JONES
830 E ALDRICH RD
PO BOX 596
BOLIVAR MO 65613-0596

## Annual fee

A $10 annual fee will be deducted in December from traditional IRAs, Coverdell IRAs, Roth IRAs, SIMPLE IRAs, 403(b)s, 457s, money-purchase plans, profit-sharing plans and 529 accounts. If you prefer to pay by check, we must receive it by December 4.

## Prevent fraud

It's critically important to keep information like Social Security, bank account and credit card numbers safe. But how to do this when we shop and pay bills online everyday? Learn about steps you should take at americanfunds.com/protect.

## For more account information

- **Call your financial adviser**
- **Automated information and services**
  Website – americanfunds.com
  American FundsLine ® – 800/325-3590
- **Personal assistance — 8 a.m. to 8 p.m. Eastern time M-F**
  Shareholder Services – 800/421-0180

## Quarterly summary (July 1 – September 30, 2009)

| | Value on 06/30/09 | + | Additions | + | Reinvested dividends and capital gains | – | Withdrawals | +/- | Change in account value | = | Value on 09/30/09 | Ending share balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VCSP/COLLEGEAMERICA** | | | | | | | | | | | | |
| **PAUL M HANDSAKER OWNER** | | | | | | | | | | | | |
| **FBO GARRETT D HANDSAKER** | | | | | | | | | | | | |
| The Growth Fund of America-529A | | | | | | | | | | | | |
| Account # | $387.18 | | $0.00 | | $0.00 | | $0.00 | | $51.71 | | $438.89 | 16.952 |
| The Investment Company of America-529A | | | | | | | | | | | | |
| Account # | $343.01 | | $0.00 | | $2.00 | | $0.00 | | $42.30 | | $387.31 | 15.841 |
| Washington Mutual Investors Fund-529A | | | | | | | | | | | | |
| Account # | $261.26 | | $0.00 | | $2.18 | | $0.00 | | $31.51 | | $294.95 | 12.796 |
| **Totals** | **$991.45** | | **$0.00** | | **$4.18** | | **$0.00** | | **$125.52** | | **$1,121.15** | |

1

09 1176/0000001

**American Funds**®

The right choice for the long term®

Quarterly Statement
September 30, 2009

## Washington Mutual Investors Fund - Class 529A

Successor owner: Dianne S Handsaker
Dividends and capital gains must be reinvested
Per-share average cost: Not available (please see end of statement)

Account # 67878101   Fund # 1001
Symbol   CWMAX

| Trade date | Description | Dollar amount | Share price | Shares transacted | Share balance |
|-----------|-------------|--------------|-------------|-------------------|---------------|
| 01/01/09 | Beginning balance | $266.59 | $21.38 | | 12.469 |
| 03/20/09 | Income Dividend 0.1784 | $2.22 | $17.66 | 0.126 | 12.595 |
| 06/19/09 | Income Dividend 0.1728 | $2.18 | $20.63 | 0.106 | 12.701 |
| 09/25/09 | Income Dividend 0.1719 | $2.18 | $22.87 | 0.095 | 12.796 |
| 09/30/09 | Ending balance | $294.95 | $23.05 | | 12.796 |

B6C (Official Form 6C) (12/07)

.

In re  **Paul M Handsaker,**                                                    Case No. _____
       **Dianne S Handsaker**
                                                    ,
                           Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **8239 W Pearl City Rd, Pearl City, IL  61062 - Contains approx. 15 acres.  Value based on appraisal done in 2004.** | **735 ILCS 5/12-901** | 0.00 | 285,000.00 |
| **Cash on Hand** | | | |
| **Cash** | **735 ILCS 5/12-1001(b)** | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Acct. - Community Bank, Lena, IL** | **735 ILCS 5/12-1001(b)** | 500.00 | 500.00 |
| **Checking Acct. - Citizens State Bank** | **735 ILCS 5/12-1001(b)** | 55.00 | 55.00 |
| **Household Goods and Furnishings** | | | |
| **Normal Complement of household goods** | **735 ILCS 5/12-1001(b)** | 1,500.00 | 1,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Family photos** | **735 ILCS 5/12-1001(a)** | 50.00 | 50.00 |
| **Wearing Apparel** | | | |
| **Clothing** | **735 ILCS 5/12-1001(a)** | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| **Misc. Jewelry** | **735 ILCS 5/12-1001(b)** | 200.00 | 200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **2 Guns** | **735 ILCS 5/12-1001(b)** | 50.00 | 50.00 |
| **Stock and Interests in Businesses** | | | |
| **Shares of stock in Blarney Stone Popcorn, Inc.:  Note:  Equipment and store inventory total approx. $15,000.00 but lien on items equals approx. $35000.00.  Own 50% of shares.  250 Shares each.  Balance of shares, 500, owned by other individuals.** | **735 ILCS 5/12-1001(b)** | 0.00 | 0.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **2007, 2008, 2009 Tax Refund, if any** | **305 ILCS 5/11-3** | 0.00 | Unknown |
| | **735 ILCS 5/12-1001(b)** | 0.00 | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Chevy Suburban** | **735 ILCS 5/12-1001(b)** | 474.76 | 11,000.00 |
| **2003 Chevy Silverado 2500** | **735 ILCS 5/12-1001(c)** | 2,140.01 | 9,000.00 |
| **Animals** | | | |
| **4 Cows and 3 Calves - Note: Cows are listed in name of children.  4 H animals** | **735 ILCS 5/12-1001(b)** | 0.00 | 5,500.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Paul M Handsaker,**                                      Case No. _____
         **Dianne S Handsaker**
                                                    ,
                            Debtors
### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Farming Equipment and Implements** <br> **Cattle handling Equipment $1000, Manure Spreader $600, Flat Bed Trailer $2000; Live Stock Trailer $6000** | **735 ILCS 5/12-1001(b)** | **0.00** | **9,600.00** |
| **Farm Supplies, Chemicals, and Feed** <br> **Hay for cattle.** | **735 ILCS 5/12-1001(b)** | **160.00** | **160.00** |
| | Total: | **5,629.77** | **323,115.00** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Paul M Handsaker,**                                    Case No. _____
       **Dianne S Handsaker**
_____,
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Community Bank**<br>**420 E Lena St**<br>**Lena, IL 61048** | | J | **08/17/2005**<br><br>**First Mortgage**<br><br>**8239 W Pearl City Rd, Pearl City, IL 61062 - Contains approx. 15 acres. Value based on appraisal done in 2004.**<br><br>Value $          **285,000.00** | | | | 230,863.48 | 0.00 |
| Account No.<br><br>**Community Bank**<br>**420 E Lena St**<br>**Lena, IL 61048** | | J | **06/16/2008**<br><br>**8239 W Pearl City Rd, Pearl City, IL 61062 - Contains approx. 15 acres. Value based on appraisal done in 2004.**<br><br>Value $          **285,000.00** | | | | 67,414.95 | 13,278.43 |
| Account No.<br><br>**Community Bank**<br>**420 E Lena St**<br>**Lena, IL 61048** | | J | **4 Cows and 3 Calves - Note: Cows are listed in name of children.  4 H animals**<br><br>Value $          **5,500.00** | | | | 298,278.43 | 292,778.43 |
| Account No.<br><br>**Community Bank**<br>**420 E Lena St**<br>**Lena, IL 61048** | | J | **Cattle handling Equipment $1000, Manure Spreader $600, Flat Bed Trailer $2000; Live Stock Trailer $6000**<br><br>Value $          **9,600.00** | | | | 298,278.43 | 288,678.43 |
| __1__   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 894,835.29 | 594,735.29 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Paul M Handsaker,**
       **Dianne S Handsaker**                                    Case No. _____

_____,
                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 06/15/08 | | | | | |
| **First State Bank Shannon-Polo** **1 Linn St** **Shannon, IL 61078** | X | J | **Shares of stock in Blarney Stone Popcorn, Inc.: Note: Equipment and store inventory total approx. $15,000.00 but lien on items equals approx. $35000.00.  Own 50% of shares.  250 Shares each.  Balance of shares, 500, owned by other individu** | | | | | |
| | | | Value $                0.00 | | | | 35,000.00 | 35,000.00 |
| Account No. | | | **Purchase Money Security** | | | | | |
| **GMAC** **PO BOX 380901** **Minneapolis, MN 55438-0901** | | J | **2004 Chevy Suburban** | | | | | |
| | | | Value $        11,000.00 | | | | 10,525.24 | 0.00 |
| Account No. | | | 6/2003 | | | | | |
| **Harris Bank** **c/o Freedman Anselmo Lindberg** **PO Box 3216** **Naperville, IL 60566** | | J | **Purchase Money Security** **2003 Chevy Silverado 2500** | | | | | |
| | | | Value $          9,000.00 | | | | 6,859.99 | 0.00 |
| Account No. | | | | | | | | |
| **Freedman Anselmo Lindberg & Rappe** **1807 W. Diehl Rd, Suite 333** **Naperville, IL 60563-1890** | | | **Representing:** **Harris Bank** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this page) | 52,385.23 | 35,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 947,220.52 | 629,735.29 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Paul M Handsaker,**                                                          Case No. _____
         **Dianne S Handsaker**
                                                                    ,
_____
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Paul M Handsaker,**
   **Dianne S Handsaker** Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **828-7**<br><br>IL Director of Employment Security Collections Section PO Box 802551 Chicago, IL 60680-2551 | | J | **Unemployment Taxes** | | | | 2,330.51 | 0.00 | 2,330.51 |
| Account No. **2007**<br><br>Illinois Department of Revenue 211 S. Wyman Rockford, IL 61101 | | J | **Payroll Taxes** | | | | 1,486.28 | 0.00 | 1,486.28 |
| Account No.<br><br>ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO Box 64338 Chicago, IL 60664-0338 | | J | **Sales Taxes** | | | | 24,322.00 | 0.00 | 24,322.00 |
| Account No. **2783**<br><br>INTERNAL REVENUE SERVICE 211 S. Court Street Rockford, IL 61101 | | J | **Payroll Taxes** | | | | 12,964.23 | 0.00 | 12,964.23 |
| Account No.<br><br>Internal Revenue Service Centralized Insolvency PO Box 21126 Philadelphia, PA 19114 | | J | **FUTA TAX** | | | | 2,818.57 | 0.00 | 2,818.57 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 0.00 |
| 43,921.59 | 43,921.59 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Paul M Handsaker,**                                          Case No. _____
       **Dianne S Handsaker**
                                                              ,
                                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **64-01** | | | **Sales Tax** | | | | | |
| **State of Wisconsin Department of Revenue PO Box 8946 Madison, WI 53708-8946** | | J | | | | | | 0.00 |
| | | | | | | | 2,481.11 | 2,481.11 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 2,481.11 | 2,481.11 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 46,402.70 | 46,402.70 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Paul M Handsaker,**                                        Case No. _____
       **Dianne S Handsaker**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J/C | | | | | |
| Account No. **Apple Canyon Lake POA 14A157 Canyon Club Drive Apple River, IL 61001** | | | | J | Vantage Enterprises, Inc. BK | | | X | 612.50 |
| Account No. **Atradius Collections 1200 Arlington Heightes Road Suite 410 Itasca, IL 60143** | | | | J | Vantage Enterprises, Inc. BK | | | X | 2,977.03 |
| Account No. **Attorney David Shockey PO Box 780 Freeport, IL 61032** | | | | J | Vantage Enterprises, Inc. BK | | | X | Unknown |
| Account No. **Barrick Switzer, etal 6833 Stalter Dr - 1st Floor Rockford, IL 61108** | | | | J | Vantage Enterprises, Inc. BK | | | X | 50.00 |

____16___ continuation sheets attached

Subtotal
(Total of this page)                                                      3,639.53

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:35160-091118   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul M Handsaker,**                                                                        Case No. _____
        **Dianne S Handsaker**

_____,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8164**<br><br>**CHASE CREDIT CARD**<br>**PO BOX 15153**<br>**Wilmington, DE 19850-5153** | | J | | | | | **6,003.10** |
| Account No.<br><br>**Asset Acceptance, LLC**<br>**PO Box 2036**<br>**Warren, MI 48090** | | | Representing:<br>**CHASE CREDIT CARD** | | | | **Notice Only** |
| Account No. **3973**<br><br>**Citi Bank**<br>**PO Box 6000**<br>**The Lakes, NV 89163-6000** | | J | | | | | **5,374.26** |
| Account No.<br><br>**ComEd**<br>**System Credit/Bankruptcy Dept.**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** | | J | **Beach's** | | | | **1,719.37** |
| Account No.<br><br>**Core Financial Group, Inc.**<br>**3100 Industrial Dr**<br>**Freeport, IL 61032** | | J | **Vantage Enterprises, Inc. BK** | | | X | **2,996.61** |

Sheet no. __**1**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **16,093.34**

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul M Handsaker,**
    **Dianne S Handsaker**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cosmopolitan Service Corp** <br> **1606 Colonial Parkway** <br> **Palatine, IL 60067-4738** | | J | **Vantage Enterprises, Inc. BK** | | | X | <br><br>1,583.17 |
| Account No. **5048** <br><br> **Credit Protection** <br> **PO Box 802068** <br> **Dallas, TX 75380** | | J | **Vantage Enterprises, Inc. BK** | | | X | <br><br>215.32 |
| Account No. <br><br> **DELL COMPUTER FINANCIAL SERVICES** <br> **PO BOX 5292** <br> **Carol Stream, IL 60197-5292** | | J | | | | | <br><br>5,000.00 |
| Account No. <br><br> **ARSI** <br> **555 St. Charles Dr., Ste 100** <br> **Thousand Oaks, CA 91360** | | | **Representing:** <br> **DELL COMPUTER FINANCIAL SERVICES** | | | | Notice Only |
| Account No. <br><br> **Delmar Kampen** <br> **1266 E Montague Rd** <br> **Baileyville, IL 61007** | | J | **Vantage Enterprises, Inc. BK** | | | X | <br><br>50,000.00 |

Sheet no. __**2**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 56,798.49 |
|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul M Handsaker,**                                    Case No. _____
       **Dianne S Handsaker**
_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0902** | | | | | | | |
| **Discover Card** **PO Box 30395** **Salt Lake City, UT 84130-0395** | | J | | | | | **9,000.00** |
| Account No. | | | | | | | |
| **Zwicker & Associates** **80 Minuteman Road** **Andover, MA 01810-1031** | | | Representing: Discover Card | | | | **Notice Only** |
| Account No. | | | Vantage Enterprises, Inc. BK | | | | |
| **Dohrn Transfer Company** **625 3rd Avenue** **Rock Island, IL 61201** | | J | | | | X | **50.96** |
| Account No. | | | Vantage Enterprises, Inc. BK | | | | |
| **Dubuque Fire Equipment, Inc** **PO Box 595** **Dubuque, IA 52004-0595** | | J | | | | X | **48.50** |
| Account No. | | | Vantage Enterprises, Inc. BK | | | | |
| **Elaine Gassman** **1940 S Michie Rd** **Pearl City, IL 61062** | | J | | | | X | **25,000.00** |

Sheet no. __**3**___ of __**16**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,099.46**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul M Handsaker,**
       **Dianne S Handsaker**                                                        Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2259** <br><br> **Eldon C. Stutsman, Inc.** <br> **PO Box 250** <br> **Hills, IA 52235** | | J | Vantage Enterprises, Inc. BK | | | X | 10,397.45 |
| Account No. <br><br> **Equestrain, Inc.** <br> **254 N. Cedar Street** <br> **Hazleton, PA 18201** | | J | Vantage Enterprises, Inc. BK | | | X | 1,443.96 |
| Account No. <br><br> **Euler Hermes, UMA** <br> **600 South 7th Street** <br> **Louisville, KY 40201-1672** | | J | Vantage Enterprises, Inc. BK | | | X | 22,261.98 |
| Account No. <br><br> **Ferrellgas - 300128** <br> **PO Box 517** <br> **Liberty, MO 64069** | | J | Vantage Enterprises, Inc. BK | | | X | 111.42 |
| Account No. **3181** <br><br> **FIRST PREMIER BANK** <br> **PO BOX 5519** <br> **Sioux Falls, SD 57117-5519** | | J | | | | | 465.66 |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **34,680.47**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul M Handsaker,**    Case No. _____
**Dianne S Handsaker**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PFG of Minnesota** <br> **7825 Washington Ave S Ste 310** <br> **Minneapolis, MN 55439-2424** | | | **Representing:** <br> **FIRST PREMIER BANK** | | | | **Notice Only** |
| Account No. <br><br> **Fulbright & Associates, PC** <br> **PO Box 1510** <br> **Rockford, IL 61110** | | J | **Vantage Enterprises, Inc. BK** <br><br> **Collection on behalf of General Sign Company** | | | X | **6,048.06** |
| Account No. <br><br> **General Pet Supply** <br> **c/o Att. Thomas Green** <br> **6833 Stalter Drive - 1st Floor** <br> **Rockford, IL 61108** | | J | **Vantage Enterprises, Inc. BK** | | | X | **1,583.17** |
| Account No. <br><br> **Att Thomas Green** <br> **Barrick Switzer Long Balsley & Van** <br> **6833 Stalter Dr** <br> **Rockford, IL 61108** | | | **Representing:** <br> **General Pet Supply** | | | | **Notice Only** |
| Account No. <br><br> **Global Distribution Services** <br> **PO Box 9075** <br> **Mission Viejo, CA 92690-9075** | | J | **Vantage Enterprises, Inc. BK** | | | X | **129.66** |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,760.89**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul M Handsaker,**
**Dianne S Handsaker**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **2758** <br><br> **GM Card - Cardmember Services** <br> **PO Box 37281** <br> **Baltimore, MD 21297-3281** | | J | | | | | | **15,000.00** |
| Account No. <br><br> **Ink & Paper** <br> **113 S Main St** <br> **Stockton, IL 61085** | | J | | Vantage Enterprises, Inc. BK | | | X | **66.28** |
| Account No. <br><br> **JMS Associates, Inc.** <br> **1489 W Palmetto Park Road - #489** <br> **Boca Raton, FL 33486** | | J | | Vantage Enterprises, Inc. BK | | | X | **2,932.34** |
| Account No. <br><br> **Judge & Dolph, LTD** <br> **3333 Forest View Rd** <br> **Rockford, IL 61109** | | J | | Beach's | | | | **Unknown** |
| Account No. <br><br> **Abrams & Abrams, P.C.** <br> **180 W Washington St.** <br> **Suite 910** <br> **Chicago, IL 60602** | | | | Representing: <br> **Judge & Dolph, LTD** | | | | **Notice Only** |

Sheet no. __6__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,998.62**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul M Handsaker,**
**Dianne S Handsaker**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Vantage Enterprises, Inc. BK | | | | |
| Kinco International 4286 NE 185th Dr. Portland, OR 97230-4967 | | J | | | | | X | 89.46 |
| Account No. | | | | Vantage Enterprises, Inc. BK | | | | |
| Land O Lakes Purina Feed, LLC 717 S Hickory St Fond Du Lac, WI 54935 | | J | | | | | X | 12,694.82 |
| Account No. | | | | Vantage Enterprises, Inc. BK | | | | |
| Land O Lakes Purina, LLC PO Box 66812 Saint Louis, MO 63166 | | J | | | | | | Unknown |
| Account No. | | | | Vantage Enterprises, Inc. BK | | | | |
| Lingren Callihan 328 W Stephenson PO Box 567 Freeport, IL 61032 | | J | | | | | X | 1,855.00 |
| Account No. | | | | Vantage Enterprises, Inc. BK | | | | |
| MacGregor Golf Company PO Box 601574 Charlotte, NC 28260 | | J | | | | | X | 1,880.29 |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,519.57

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul M Handsaker,**
         **Dianne S Handsaker**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Vantage Enterprises, Inc. BK | | | | | |
| **Marure Repair** **9840 US RTE 20 East** **Stockton, IL 61085** | | J | | | | | X | |
| | | | | | | | | 384.59 |
| Account No. | | | Vantage Enterprises, Inc. BK | | | | | |
| **Marvin Van Horn** **2129 S Babbs Grove Rd** **Pearl City, IL 61062** | | J | | | | | X | |
| | | | | | | | | 200,000.00 |
| Account No. | | | | | | | | |
| **MBNA AMERICA** **PO BOX 15726** **Wilmington, DE 19886-5726** | | J | | | | | | |
| | | | | | | | | 21,000.00 |
| Account No. | | | Vantage Enterprises, Inc. BK | | | | | |
| **Midwest Engine Warehouse** **700 Enterprise Street** **Aurora, IL 60504-8148** | | J | | | | | X | |
| | | | | | | | | 663.61 |
| Account No. **4791** | | | | | | | | |
| **Monroe Clinic** **2009 5th St.** **Monroe, WI 53566** | | J | | | | | | |
| | | | | | | | | 4,645.00 |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

226,693.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul M Handsaker,**                        Case No. _____
       **Dianne S Handsaker**

                                         ,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | **Representing:** | | | | |
| **Credit Bureau**<br>**PO Box 273**<br>**Monroe, WI 53566** | | | | | **Monroe Clinic** | | | | **Notice Only** |
| Account No. | | | | | Vantage Enterprises, Inc. BK | | | | |
| **NCO Financial Systems, Inc**<br>**PO Box 15630**<br>**Wilmington, DE 19850-5630** | | | J | | | | | X | **145.38** |
| Account No. | | | | | Vantage Enterprises, Inc. BK | | | | |
| **Newman Equipment**<br>**%Attorney Darin R. Doak**<br>**10 N Galena - Suite 210**<br>**Freeport, IL 61032** | | | J | | | | | X | **Unknown** |
| Account No. | | | | | Beach's | | | | |
| **Nicor Gas**<br>**Attention:Bankruptcy & Collections**<br>**PO Box 549**<br>**Aurora, IL 60507** | | | J | | | | | | **400.15** |
| Account No. | | | | | Vantage Enterprises, Inc. BK | | | | |
| **Northwestern Illinois Farmer**<br>**PO Box 536**<br>**Lena, IL 61048** | | | J | | | | | X | **213.20** |

Sheet no. \_\_**9**\_\_ of \_\_**16**\_\_ sheets attached to Schedule of               Subtotal          | **758.73**
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul M Handsaker,**                                    Case No. _____
        **Dianne S Handsaker**
                                                        ,
                              Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Vantage Enterprises, Inc. BK | | | | |
| **Preifert** **PO Box 1540** **Mount Pleasant, TX 75456-1540** | | | J | | | | | **Unknown** |
| Account No. | | | | Vantage Enterprises, Inc. BK | | | | |
| **Prince Corporation** **Dept 4038** **PO Box 2088** **Milwaukee, WI 53201-2088** | | | J | | | | X | **1,188.66** |
| Account No. | | | | Vantage Enterprises, Inc. BK | | | | |
| **Purinal Mill, Inc. Postage 2007** **Checkpoint** **8006 Reeder** **Overland Park, KS 66214** | | | J | | | | X | **104.00** |
| Account No. | | | | Beach's | | | | |
| **Real Exterminators** **PO Box 294** **Freeport, IL 61032** | | | J | | | | | **50.00** |
| Account No. | | | | Vantage Enterprises, Inc. BK | | | | |
| **Redwing Boot** **314 Main St** **Redwing, MN 55086** | | | J | | | | X | **Unknown** |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,342.66**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul M Handsaker,**                                                              Case No. _____
    **Dianne S Handsaker**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vantage Enterprises, Inc. BK | | | | |
| **RMS PO Box 2-543 Lehigh Valley, PA 18002** | | J | | | | X | 185.02 |
| Account No. | | | Vantage Enterprises, Inc. BK | | | | |
| **Roman Adjustment Corp. PO Box 1247 Northbrook, IL 60065-1247** | | J | | | | X | 347.00 |
| Account No. | | | Beach's | | | | |
| **Sanitary Cleaners 130 E Eschange Ave Freeport, IL 61032** | | J | | | | | 674.84 |
| Account No. | | | Vantage Enterprises, Inc. BK | | | | |
| **Sauk Valley Newspapers 3200 E Lincolnway Sterling, IL 61081** | | J | | | | X | 386.63 |
| Account No. | | | | | | | |
| **Segall Law Office PO Box 8526 Rockford, IL 61126** | | J | | | | | 40,000.00 |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,593.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul M Handsaker,**　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Dianne S Handsaker**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Shockey & Cox PO Box 780 Freeport, IL 61032 | | J | | | | | | 812.50 |
| Account No. | | | Beach's | | | | | |
| Southern Wine & Spriits 2971 Paysphere Circle Chicago, IL 60674 | | J | | | | | | 1,111.16 |
| Account No. | | | Vantage Enterprises, Inc. BK | | | | X | |
| Sundog Eyewear 197 Poplar Place - Suite 5 North Aurora, IL 60542 | | J | | | | | | 31.95 |
| Account No. | | | Beach's | | | | | |
| Superior Heating and Air Cond. PO Box 16 Lena, IL 61048 | | J | | | | | | 1,259.36 |
| Account No. | | | Beach's | | | | | |
| SYSCO Food Services of Baraboo 910 South Boulevard Baraboo, WI 53913 | | J | | | | | | 23,575.74 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**26,790.71**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul M Handsaker,**                                                    Case No. _____
       **Dianne S Handsaker**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Att Jody L. Beilke** **Barrick Switzer Long Balsley & Van** **6833 Stalter Dr** **Rockford, IL 61108** | | | Representing: **SYSCO Food Services of Baraboo** | | | | **Notice Only** |
| Account No. | | | Beach's | | | | |
| **Technology Insurance Company** **c/o Corporate Investigation Bureau,** **555 N Pleasantburg Dr., Park Cent.** **Greenville, SC 29607** | | J | | | | | **1,255.00** |
| Account No. | | | | | | | |
| **Corporate Investigation Bureau, Inc** **555 N Pleasantburg Dr.** **Park Central, Ste 150** **Greenville, SC 29607** | | | Representing: **Technology Insurance Company** | | | | **Notice Only** |
| Account No. | | | Vantage Enterprises, Inc. BK | | | | |
| **Troxel** **6222 Ferris Square** **San Diego, CA 92121** | | J | | | | X | **Unknown** |
| Account No. | | | Beach's | | | | |
| **Union Berverage** **23734 Network Place** **Chicago, IL 60673** | | J | | | | | **302.88** |

Sheet no. __**13**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,557.88**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul M Handsaker,**
        **Dianne S Handsaker**                                        Case No. _____
_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vantage Enterprises, Inc. BK | | | | |
| **Universal Cooperative, Inc 1300 Corporate Center Curve Saint Paul, MN 55121** | | J | | | | X | **18,385.38** |
| Account No. | | | Representing: | | | | |
| **Att Jason H. Rock 6833 Stalter Dr Rockford, IL 61108** | | | **Universal Cooperative, Inc** | | | | **Notice Only** |
| Account No. | | | Beach's | | | | |
| **UW Provisions PO Box 620038 2315 Pleasant View Rd Middleton, WI 53562** | | J | | | | | **1,072.68** |
| Account No. | | | Vantage Enterprises, Inc. BK | | | | |
| **Vantage Enterprises 10537 Highway 52-N Dubuque, IA 52001** | | J | | | | X | **8,000.00** |
| Account No. | | | Alledged Claim for breach of fiduciary relationship | | | | |
| **Vantage, Inc. c/o Att. David D. Shockey 208 W Stephenson St., No. 101 Freeport, IL 61032** | | J | | | | X | **Unknown** |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **27,458.06**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul M Handsaker,**          Case No. _____
   **Dianne S Handsaker**

_____,
            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Verizon** <br> **PO Box 920041** <br> **Dallas, TX 75392** | | J | Beach's | | | | 129.77 |
| Account No. <br><br> **Verizon Bankruptcy Administration** <br> **404 Brock Drive** <br> **Bloomington, IL 61701** | | J | Vantage Enterprises, Inc. BK | | | X | 998.93 |
| Account No. <br><br> **Verizon Bankruptcy Administration** <br> **404 Brock Drive** <br> **Bloomington, IL 61701** | | J | Vantage Enterprises, Inc. BK | | | X | 40.57 |
| Account No. <br><br> **Viking Office Products** <br> **c/o Vengroff, Williams** <br> **PO Box 4155** <br> **Sarasota, FL 34230-4155** | | J | Beach's | | | | 101.64 |
| Account No. <br><br> **Virgil Bocker** <br> **2856 Forest Rd** <br> **Freeport, IL 61032** | | J | Vantage Enterprises, Inc. BK | | | X | 50,000.00 |

Sheet no. __15__ of __16__ sheets attached to Schedule of       Subtotal    51,270.91
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul M Handsaker,**                                                              Case No. _____
         **Dianne S Handsaker**
                                                                         ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Beach's | | | | |
| **WEKZ F. M.** **W4765 Radio Lane** **Monroe, WI 53566** | | J | | | | | 1,795.00 |
| Account No. | | | Vantage Enterprises, Inc. BK | | | | |
| **Wood-Mitzer Products, Inc.** **7868 N. C. R. 100 E** **Lizton, IN 46149** | | J | | | | X | 14,430.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 16,225.00 |
| Total (Report on Summary of Schedules) | | 581,281.01 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Paul M Handsaker,**                                                    Case No. _____
         **Dianne S Handsaker**

_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Paul M Handsaker,**                                          Case No. _____
        **Dianne S Handsaker**

_____,
                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **James and Carolyn Weaver**<br>**PO Box 657**<br>**Shannon, IL 61078** | **First State Bank Shannon-Polo**<br>**1 Linn St**<br>**Shannon, IL 61078** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

| In re | **Paul M Handsaker** | | Case No. | |
| | **Dianne S Handsaker** | | | |
| | Debtor(s) | | | |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**5**<br>**9** |

| Employment:* | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | **Resource Mgr** | **Store Manager** |
| Name of Employer | **Agreliant Genetics, LLC** | **Blarney Stone Popcorn, INC** |
| How long employed | **5 Months** | **1 year** |
| Address of Employer | **1122 E 169th St**<br>**Westfield, IN 46074** | **2 W Market St.**<br>**Shannon, IL 61078** |
| *See Attachment for Additional Employment Information | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
| --- | --- | --- | --- | --- |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 4,763.79 | $ | 1,733.33 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 4,763.79 | $ | 1,733.33 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 783.99 | $ | 184.60 |
| b. Insurance | $ | 228.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,011.99 | $ | 184.60 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,751.80 | $ | 1,548.73 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): **Illinois Assn. of Meat Processors - Net** | $ | 0.00 | $ | 819.19 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 819.19 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,751.80 | $ | 2,367.92 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 6,119.72 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6I (Official Form 6I) (12/07)

In re    **Paul M Handsaker**
         **Dianne S Handsaker**                                          Case No. _____
                          Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Spouse | | |
|---|---|---|
| Occupation | **Book keeper** | |
| Name of Employer | **Illinois Assn of Meat Processors** | |
| How long employed | **5 years** | |
| Address of Employer | **8239 W Pearl City Road** | |
| | **Lena, IL 61048** | |

B6J (Official Form 6J) (12/07)

In re  **Paul M Handsaker**
**Dianne S Handsaker**                                    Case No. _____
                            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,694.45 |
| a. Are real estate taxes included?          Yes **X**          No ___ | | |
| b. Is property insurance included?          Yes **X**          No ___ | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 583.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 279.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 140.50 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 166.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 640.74 |
| b. Other   **Loan #51246 - Communiity Bank** | $ | 805.55 |
| c. Other   **Loan on 2003 Chevy Silverado** | $ | 396.92 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,081.16 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 6,119.72 |
| b.   Average monthly expenses from Line 18 above | $ | 6,081.16 |
| c.   Monthly net income (a. minus b.) | $ | 38.56 |

B6J (Official Form 6J) (12/07)

In re    **Paul M Handsaker**
     **Dianne S Handsaker**              Case No. _____

                                     Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| **INTERNET** | $ 46.50 |
| **GARBAGE** | $ 19.50 |
| **DIRECT TV** | $ 74.50 |
| **Total Other Utility Expenditures** | $ 140.50 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois - Western Division

In re **Paul M Handsaker**
**Dianne S Handsaker**
_____ Case No. _____
Debtor(s)     Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**39**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 23, 2009**      Signature **/s/ Paul M Handsaker**
**Paul M Handsaker**
Debtor

Date **December 23, 2009**      Signature **/s/ Dianne S Handsaker**
**Dianne S Handsaker**
Joint Debtor

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois - Western Division

In re   **Paul M Handsaker**
      **Dianne S Handsaker**

                    Debtor(s)

Case No.

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $20,058.73 | **2009 - H - Agreliant Genetics** |
| $32,500.00 | **2009 - H - Stine Seed Company - NOTE: Does not include expenses for production of income which will make this less.** |
| $10,084.36 | **2009 - W - Ill. Assn of Meat Processors** |
| $13,052.50 | **2009 - W - Blarney Stone Popcor, Inc.** |
| $64,183.96 | **2008 - H - Stine Seed Company - NOTE: Does not include expenses for production of income which will make this less.** |
| $4,259.46 | **2008 - H - Bender Farms - NOTE: Does not include expenses for production of income which will make this less.** |

| AMOUNT | SOURCE |
|---|---|
| $14,358.72 | 2008 - W - Ill. Assn. of Meat Processors |
| $6,840.00 | 2008 - W - Gritton Graphics |
| $5,953.50 | 2008 - W - Bender Farms - NOTE: Does not include expenses for production of income which will make this less. |
| $63,662.68 | 2007 - H - Stine Seed Company - NOTE: Does not include expenses for production of income which will make this less. |
| $20,406.72 | 2007 - H - Beach's Supper Club |
| $14,358.72 | 2007 - W- Ill. Assn of Meat Processors |
| $7,820.00 | 2007 - W - Vantage Enterprises |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT            SOURCE

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Community Bank**<br>**420 E Lena St**<br>**Lena, IL 61048** | **Monthly** | **$2,500.00** | **$230,863.48** |
| **GMAC**<br>**PO BOX 380901**<br>**Minneapolis, MN 55438-0901** | **Monthly** | **$640.74** | **$10,525.24** |
| **Harris Bank**<br>**c/o Freedman Anselmo Lindberg**<br>**PO Box 3216**<br>**Naperville, IL 60566** | **Monthly** | **$396.92** | **$6,859.99** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **General Pet Supply v Handsaker 08 SC 806** | **Small Claims** | **Winnebago County, Rockford, IL** | **Judgment entered** |
| **Sysco Food Services of Baraboo v Beaches Supper Club and Hansaker 08 AR 45** | **Law** | **Winnebago County, Rockford, IL** | **Judgment** |
| **Judge & Dolph v Beachs Supper Club Handsaker 08 MI 153417** | **Law** | **Cook County, Chicago** | **Jugment** |
| **Universal Cooperative, Inc. v Handsaker 08 LM 246** | **Law** | **Stephenson County, Freeport, IL** | **Judgment** |
| **UW Provision Co. v Dianne Handsaker, d/b/a Beach's Supper Club 07-13505** | **Suit for money** | **Dane County, Madison, WI** | **Unknown** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☐
    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **St. John's Lutheran Church** | **Church** | **When we attend** | **$40 per month** |

### 8. Losses

None
■
    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐
    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LAW OFFICE OF MICHAEL C. DOWNEY**<br>**420 WEST SECOND STREET**<br>**DIXON, IL 61021** | | **$1,201.00** |

### 10. Other transfers

None
☐
    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Michael and Anita Parkinson**<br>**700 Birch Dr**<br>**Lena, IL 61048**<br>    **None** | **8/6/2007** | **Building (Debtors) and Rest. Equipment (Beach's Supper Club, Inc.) Building was owned by Debtors personally. Equipment was owned by Corp. Debtors received no funds. All of sale proceeds went to bank or the State of Illinois.** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Citzens State Bank**<br>**102 W Main St.**<br>**Lena, IL 61048** | **Checking** | **Closed - Fall of 2008. Zero Balance** |

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Vantage Enterprises, Inc.** | 2783 | **c/o Attorney David Shockey PO Box 780 Freeport, IL 61032** | **Feed and Supply Retail - Note: this corp. filed bankruptcy on 12/31/2007 in case number 07-73170. Debtor, Paul, was President but was discharged from corp. on 05/2006 and had no dealings with it since then.  Debtor, Dianne, was discharged as book keeper on 08/28/2007 and has had no dealing with it since then.  Had less than 5% interest in business.** | **08/13/2003 to 12/2007** |
| **Beachs Supper Club, INC** | 0797 | **PO Box 696 8239 W Pearl City Road Lena, IL 61048** | **Resturant - Paul was Pesident and Dianne was Vice-President. Debtors were sole shareholder.  Debtors owned buiding and land personally and corp. owned rest. equipment. Sold and all proceeds went to bank or State of Illinois.** | **07/24/2000 to 08/2007** |
| **Blarney Stone Popcorn, Inc.** | | **110 N Broad St Lanark, IL 61046** | **Sale of popcorn, etc. - Debtors own 50% of corp.** | **06/03/2008 to present** |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.


NAME                                              ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐      supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Lingren Callihan - For Vantage**<br>**328 W Stephenson**<br>**PO Box 567**<br>**Freeport, IL 61032** | **2004 to 2007** |
| **Dianne S. Handsaker - For Vantage**<br>**PO Box 574**<br>**Lena, IL 61048** | **2004 to 8/28/2007** |
| **Elaine Gassman - for Vantage**<br>**1940 S Michie Rd**<br>**Pearl City, IL 61062** | **08/28/2007 -12/2007** |
| **Dianne S. Handsaker - for Beach's**<br>**PO Box 574**<br>**Lena, IL 61048** | **8/2000 to 8/6/2007** |
| **Dianne Handsaker - for Blarney**<br>**PO Box 574**<br>**Lena, IL 61048** | **8/2008 to present** |

None ☑    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Attorney David Shockey**<br>**Vantage - have no idea if books or records are available** | **PO Box 780**<br>**Freeport, IL 61032** |
| **Dianne Handsaker**<br>**Blarney Stone** | **PO Box 574**<br>**Lena, IL 61048** |
| **Diane Handsaker**<br>**Beach's** | **PO Box 574**<br>**Lena, IL 61048** |
| **Lingren Callihan**<br>**Vantage - have no idea if books or records are available** | **328 W Stephenson**<br>**PO Box 567**<br>**Freeport, IL 61032** |

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

       **20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **09/2007  for Vantage** | **Sharon Lobdell** | **$130,000 (approximately @ cost) TAKEN**<br>**FROM BANKRUPTCY FILING** |

9

None
☐
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **09/2007  for Vantage** | **Attorney David Shockey**<br>**PO Box 780**<br>**Freeport, IL 61032** |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **December 23, 2009**                    Signature    **/s/ Paul M Handsaker**
                                                              **Paul M Handsaker**
                                                              Debtor

Date    **December 23, 2009**                    Signature    **/s/ Dianne S Handsaker**
                                                              **Dianne S Handsaker**
                                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois - Western Division

In re    **Paul M Handsaker**
**Dianne S Handsaker**
_____
Debtor(s)

Case No. _____
Chapter    **7**    _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Community Bank** | **Describe Property Securing Debt:**<br>**8239 W Pearl City Rd, Pearl City, IL  61062 - Contains approx.**<br>**15 acres.  Value based on appraisal done in 2004.** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Community Bank** | **Describe Property Securing Debt:**<br>**8239 W Pearl City Rd, Pearl City, IL  61062 - Contains approx.**<br>**15 acres.  Value based on appraisal done in 2004.** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Community Bank** | **Describe Property Securing Debt:**<br>**4 Cows and 3 Calves - Note: Cows are listed in name of children.  4 H animals** |

Property will be (check one):

   ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Community Bank** | **Describe Property Securing Debt:**<br>**Cattle handling Equipment $1000, Manure Spreader $600, Flat Bed Trailer $2000; Live Stock Trailer $6000** |

Property will be (check one):

   ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**First State Bank Shannon-Polo** | **Describe Property Securing Debt:**<br>**Shares of stock in Blarney Stone Popcorn, Inc.: Note: Equipment and store inventory total approx. $15,000.00 but lien on items equals approx. $35000.00.  Own 50% of shares. 250 Shares each.  Balance of shares, 500, owned by other individu** |

Property will be (check one):

   ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ■ Claimed as Exempt          ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**GMAC** | **Describe Property Securing Debt:**<br>**2004 Chevy Suburban** |

Property will be (check one):
☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                          ☐ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Harris Bank** | **Describe Property Securing Debt:**<br>**2003 Chevy Silverado 2500** |

Property will be (check one):
☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B8 (Form 8) (12/08)                                                    Page 4

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __**December 23, 2009**__          Signature  __*/s/ Paul M Handsaker*__
                                                     **Paul M Handsaker**
                                                     Debtor


Date  __**December 23, 2009**__          Signature  __*/s/ Dianne S Handsaker*__
                                                     **Dianne S Handsaker**
                                                     Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois - Western Division

In re **Paul M Handsaker**
**Dianne S Handsaker**

Debtor(s)

Case No.

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,201.00 |
| Prior to the filing of this statement I have received | $ | 1,201.00 |
| Balance Due | $ | 0.00 |

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, amendment to schedules to add creditors, motion to reopen case**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December 23, 2009**

**/s/ MICHAEL C. DOWNEY**
**MICHAEL C. DOWNEY**
**LAW OFFICE OF MICHAEL C. DOWNEY**
**420 WEST SECOND STREET**
**DIXON, IL 61021**
**815.288.6688**

---

B 201A (Form 201A) (12/09)

---

**WARNING: Effective december 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

---

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS - WESTERN DIVISION

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois - Western Division

In re  **Paul M Handsaker**
**Dianne S Handsaker**
_____   Case No. _____
                                  Debtor(s)        Chapter    **7**   _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this attached notice, as required by § 342(b) of the Bankruptcy Code.

_____

Printed name and title, if any, of Bankruptcy Petition
Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose
Social Security number is provided above.

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Paul M Handsaker**
**Dianne S Handsaker**
_____
Printed Name(s) of Debtor(s)


Case No. (if known) _____

X **/s/ Paul M Handsaker**            **December 23, 2009**
_____
  Signature of Debtor                Date

X **/s/ Dianne S Handsaker**          **December 23, 2009**
_____
  Signature of Joint Debtor (if any)  Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois - Western Division

In re   **Paul M Handsaker**
      **Dianne S Handsaker**

Debtor(s)

Case No. _____

Chapter   **7**


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:      **91**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:   **December 23, 2009**          **/s/ Paul M Handsaker**
                                            **Paul M Handsaker**
                                            Signature of Debtor

Date:   **December 23, 2009**          **/s/ Dianne S Handsaker**
                                            **Dianne S Handsaker**
                                            Signature of Debtor

Abrams & Abrams, P.C.
180 W Washington St.
Suite 910
Chicago, IL 60602


Apple Canyon Lake POA
14A157 Canyon Club Drive
Apple River, IL 61001


ARSI
555 St. Charles Dr., Ste 100
Thousand Oaks, CA 91360


Asset Acceptance, LLC
PO Box 2036
Warren, MI 48090


Atradius Collections
1200 Arlington Heightes Road
Suite 410
Itasca, IL 60143


Att Jason H. Rock
6833 Stalter Dr
Rockford, IL 61108


Att Jody L. Beilke
Barrick Switzer Long Balsley & Van
6833 Stalter Dr
Rockford, IL 61108


Att Thomas Green
Barrick Switzer Long Balsley & Van
6833 Stalter Dr
Rockford, IL 61108


Attorney David Shockey
PO Box 780
Freeport, IL 61032


Barrick Switzer, etal
6833 Stalter Dr - 1st Floor
Rockford, IL 61108

CHASE CREDIT CARD
PO BOX 15153
Wilmington, DE 19850-5153


Citi Bank
PO Box 6000
The Lakes, NV 89163-6000


ComEd
System Credit/Bankruptcy Dept.
2100 Swift Drive
Oak Brook, IL 60523


Community Bank
420 E Lena St
Lena, IL 61048


Core Financial Group, Inc.
3100 Industrial Dr
Freeport, IL 61032


Corporate Investigation Bureau, Inc
555 N Pleasantburg Dr.
Park Central, Ste 150
Greenville, SC 29607


Cosmopolitan Service Corp
1606 Colonial Parkway
Palatine, IL 60067-4738


Credit Bureau
PO Box 273
Monroe, WI 53566


Credit Protection
PO Box 802068
Dallas, TX 75380


DELL COMPUTER FINANCIAL SERVICES
PO BOX 5292
Carol Stream, IL 60197-5292


Delmar Kampen
1266 E Montague Rd
Baileyville, IL 61007

Discover Card
PO Box 30395
Salt Lake City, UT 84130-0395

Dohrn Transfer Company
625 3rd Avenue
Rock Island, IL 61201

Dubuque Fire Equipment, Inc
PO Box 595
Dubuque, IA 52004-0595

Elaine Gassman
1940 S Michie Rd
Pearl City, IL 61062

Eldon C. Stutsman, Inc.
PO Box 250
Hills, IA 52235

Equestrain, Inc.
254 N. Cedar Street
Hazleton, PA 18201

Euler Hermes, UMA
600 South 7th Street
Louisville, KY 40201-1672

Ferrellgas - 300128
PO Box 517
Liberty, MO 64069

FIRST PREMIER BANK
PO BOX 5519
Sioux Falls, SD 57117-5519

First State Bank Shannon-Polo
1 Linn St
Shannon, IL 61078

Freedman Anselmo Lindberg & Rappe
1807 W. Diehl Rd, Suite 333
Naperville, IL 60563-1890

Fulbright & Associates, PC
PO Box 1510
Rockford, IL 61110


General Pet Supply
c/o Att. Thomas Green
6833 Stalter Drive - 1st Floor
Rockford, IL 61108


Global Distribution Services
PO Box 9075
Mission Viejo, CA 92690-9075


GM Card - Cardmember Services
PO Box 37281
Baltimore, MD 21297-3281


GMAC
PO BOX 380901
Minneapolis, MN 55438-0901


Harris Bank
c/o Freedman Anselmo Lindberg
PO Box 3216
Naperville, IL 60566


IL Director of Employment Security
Collections Section
PO Box 802551
Chicago, IL 60680-2551


Illinois Department of Revenue
211 S. Wyman
Rockford, IL 61101


ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO Box 64338
Chicago, IL 60664-0338


Ink & Paper
113 S Main St
Stockton, IL 61085

```
INTERNAL REVENUE SERVICE
211 S. Court Street
Rockford, IL 61101


Internal Revenue Service
Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114


JMS Associates, Inc.
1489 W Palmetto Park Road - #489
Boca Raton, FL 33486


Judge & Dolph, LTD
3333 Forest View Rd
Rockford, IL 61109


Kinco International
4286 NE 185th Dr.
Portland, OR 97230-4967


Land O Lakes Purina Feed, LLC
717 S Hickory St
Fond Du Lac, WI 54935


Land O Lakes Purina, LLC
PO Box 66812
Saint Louis, MO 63166


Lingren Callihan
328 W Stephenson
PO Box 567
Freeport, IL 61032


MacGregor Golf Company
PO Box 601574
Charlotte, NC 28260


Marure Repair
9840 US RTE 20 East
Stockton, IL 61085


Marvin Van Horn
2129 S Babbs Grove Rd
Pearl City, IL 61062
```

MBNA AMERICA
PO BOX 15726
Wilmington, DE 19886-5726


Midwest Engine Warehouse
700 Enterprise Street
Aurora, IL 60504-8148


Monroe Clinic
2009 5th St.
Monroe, WI 53566


NCO Financial Systems, Inc
PO Box 15630
Wilmington, DE 19850-5630


Newman Equipment
%Attorney Darin R. Doak
10 N Galena - Suite 210
Freeport, IL 61032


Nicor Gas
Attention:Bankruptcy & Collections
PO Box 549
Aurora, IL 60507


Northwestern Illinois Farmer
PO Box 536
Lena, IL 61048


PFG of Minnesota
7825 Washington Ave S Ste 310
Minneapolis, MN 55439-2424


Preifert
PO Box 1540
Mount Pleasant, TX 75456-1540


Prince Corporation
Dept 4038
PO Box 2088
Milwaukee, WI 53201-2088

Purinal Mill, Inc. Postage 2007
Checkpoint
8006 Reeder
Overland Park, KS 66214


Real Exterminators
PO Box 294
Freeport, IL 61032


Redwing Boot
314 Main St
Redwing, MN 55086


RMS
PO Box 2-543
Lehigh Valley, PA 18002


Roman Adjustment Corp.
PO Box 1247
Northbrook, IL 60065-1247


Sanitary Cleaners
130 E Eschange Ave
Freeport, IL 61032


Sauk Valley Newspapers
3200 E Lincolnway
Sterling, IL 61081


Segall Law Office
PO Box 8526
Rockford, IL 61126


Shockey & Cox
PO Box 780
Freeport, IL 61032


Southern Wine & Spriits
2971 Paysphere Circle
Chicago, IL 60674


State of Wisconsin
Department of Revenue
PO Box 8946
Madison, WI 53708-8946

Sundog Eyewear
197 Poplar Place - Suite 5
North Aurora, IL 60542


Superior Heating and Air Cond.
PO Box 16
Lena, IL 61048


SYSCO Food Services of Baraboo
910 South Boulevard
Baraboo, WI 53913


Technology Insurance Company
c/o Corporate Investigation Bureau,
555 N Pleasantburg Dr., Park Cent.
Greenville, SC 29607


Troxel
6222 Ferris Square
San Diego, CA 92121


Union Berverage
23734 Network Place
Chicago, IL 60673


Universal Cooperative, Inc
1300 Corporate Center Curve
Saint Paul, MN 55121


UW Provisions
PO Box 620038
2315 Pleasant View Rd
Middleton, WI 53562


Vantage Enterprises
10537 Highway 52-N
Dubuque, IA 52001


Vantage, Inc.
c/o Att. David D. Shockey
208 W Stephenson St., No. 101
Freeport, IL 61032

Verizon
PO Box 920041
Dallas, TX 75392


Verizon Bankruptcy Administration
404 Brock Drive
Bloomington, IL 61701


Viking Office Products
c/o Vengroff, Williams
PO Box 4155
Sarasota, FL 34230-4155


Virgil Bocker
2856 Forest Rd
Freeport, IL 61032


WEKZ F. M.
W4765 Radio Lane
Monroe, WI 53566


Wood-Mitzer Products, Inc.
7868 N. C. R. 100 E
Lizton, IN 46149


Zwicker & Associates
80 Minuteman Road
Andover, MA 01810-1031